IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY D. GREEN                                                                                          PETITIONER

v.                                     5:06CV00077  JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                                                              RESPONDENT

## JUDGMENT

It is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus is dismissed with prejudice.

Dated this 20th day of July, 2006.

                                                /s/ John F. Forster, Jr.
                                      UNITED STATES MAGISTRATE JUDGE